# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163086(72)

MARY ANNE MARKEL,
       Plaintiff-Appellant,

v

WILLIAM BEAUMONT HOSPITAL,
       Defendant-Appellee,
and

HOSPITAL CONSULTANTS, PC, LINET
LONAPPAN, MD, and IOANA MORARIU,
       Defendants.
_____/

SC: 163086
COA: 350655
Oakland CC: 2018-164979-NH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before July 22, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk